MT. MORRIS BANK v. BANKS et al. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by the Mt. Morris Bank against Elmore S. Banks, as committee, impleaded with Julia C. Lawrence. L. L. Kellogg, for appellant. H. F. Miller, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MULLEN, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Henry J. Mullen against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the finding is against the weight of evidence.

MURPHY, Respondent, v. MOON MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Joseph W. Murphy against the Moon Motor Car Company. No opinion. Motions denied, without costs. See, also, 131 N. Y. Supp. 873.

MYERS, Appellant, v. HERZOG, Respondent, et al. (Supreme Court, Appellate Division, First Department. January 19, 1912.) Action by Katherine I. Myers against Ellen T. Herzog, impleaded with others. J. G. Fenster, for appellant. H. De F. Baldwin, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 131 App. Div. 933, 116 N. Y. Supp. 1142.

NANELLA v. BRADY. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Vincenzo Nanella against John J. Brady. With this case have been consolidated in this court cases bearing titles as follows: Walter J. Salomon v. Louis Gleichenhaus; George Schroeder v. Samuel Fine; W. & R. Iron Works v. Jacob Cohen; Robert M. S. Putnam v. Chas. Pfizer (two cases); Albert Horton v. Sarah Harris; Philip Carpenter v. Etta Forgotson (two cases); Barker Bond Lumber Co. v. Pennsylvania R. Co.; Henry Lipset v. Catherine Hennessey (two cases). No opinions. Applications denied, with $10 costs in each case. Orders signed. See, also, 131 N. Y. Supp. 592.

NATIONAL CONTRACTING CO. v. HUDSON RIVER WATER POWER CO. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by the National Contracting Company against the Hudson River Water Power Company. No opinion. Motion denied, without costs, with leave to renew on notice to Messrs. Hand, as well as the attorney for the defendant, who has taken the appeal. Settle order on notice. See, also, 105 N. Y. Supp. 1151.

In re N. DAIN'S SONS CO. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) In the matter of the application of N. Dain's Sons Company for an order for the examination of John Lowry, Jr. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and question certified. Settle order before Mr. Justice Burr. For former decision, see 131 N. Y. Supp. 1130.

NEUBAUER, Appellant, v. S. PEARSON & SON, Inc., Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Andrew J. Neubauer, as administrator, etc., of Stanislaus Prezebinda, deceased, against S. Pearson & Son, Incorporated.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD and RICH, JJ., dissent.

NEWMAN, Respondent, v. HARDMAN, PECK & CO., Appellants. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Fred A. Newman against Hardman, Peck & Co. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

NIAGARA WOODWORKING CO., Respondent, v. OUSSANI CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 15, 1911.) Action by the Niagara Woodworking Company against the Oussani Construction Company and others. M. C. Katz, for appellants. F. M. Avery, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

NOLAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 15, 1911.) Action by William Nolan against the City of New York. L. L. Kellogg, for appellant. T. Farley, for defendant. No opinion. Exceptions overruled, and motion for new trial denied, with costs. Settle order on notice.

OAKES, Respondent, v. CADILLAC HOTEL CO., et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 28, 1911.) Action by Chandler A. Oakes against the Cadillac Hotel Company and others.

PER CURIAM. Interlocutory judgment modified, by providing that, upon failure to answer, final judgment shall be granted for such relief as plaintiff is entitled to upon the facts set forth in the complaint, and, as so modified, affirmed, without costs, and with leave to defendants to withdraw demurrer and answer over within 20 days after service of a copy of the order.